1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  KENNETH OLIVER,                          No. 2:13-cv-1395 DAD P
12          Plaintiff,
13       v.                                  ORDER
14  JEFFREY BEARD, et al.,
15          Defendants.
16

17    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis. Plaintiff has not

19 submitted his in forma pauperis request on a proper form.

20    Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will

21 be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the

22 form includes a section that must be completed by a prison official, and the application form must

23 be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month

24 period immediately preceding the filing of this action.

25    Accordingly, IT IS HEREBY ORDERED that:

26    1. Plaintiff's July 12, 2013 request for leave to proceed in forma pauperis (ECF No. 2) is

27 denied without prejudice;

28 /////

1

  2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

  3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

Dated: July 24, 2013

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/kly
oliv1395.3d