UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH OLIVER,

    Plaintiff,

    v.

JEFFREY BEARD, et al.,

    Defendants.

Case No. 13-cv-04548-WHO

**ORDER OF TRANSFER**

This federal civil rights action was transferred here in error.  As stated in the Eastern District's Order of Transfer, plaintiff's claims arise from events that occurred at the California Men's Colony in San Luis Obispo County.  San Luis Obispo lies in the Central District.  Accordingly, this action is hereby TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, there. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 8, 2014

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH G. OLIVER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BEARD ET AL et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV13-04548 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Kenneth Oliver K-54606
California State Prison, Corcoran (3481)
P.O. Box 3481
Corcoran, CA 93212-3481

Dated: March 6, 2014

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Jean Davis, Deputy Clerk